# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RYAN ANDREW MEHL, | : | |
|     Petitioner | : | |
| | : | No. 1:17-cv-01437 |
| v. | : | |
| | : | (Judge Rambo) |
| SCI FOREST, et al., | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, this 20th day of August 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Ryan Andrew Mehl's petition for writ of habeas corpus (Doc. No. 1), is **DISMISSED**;

2. Petitioner's motion for appointment of counsel (Doc. No. 23), is **DENIED without prejudice**;

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c); and

4. The Clerk of Court is directed to **CLOSE** this case.

                                        s/Sylvia H. Rambo
                                        SYLVIA H. RAMBO
                                        United States District Judge