# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN ANDREW MEHL,** : | |
| Petitioner : | |
| : | No. 1:17-cv-1437 |
| v. : | |
| : | (Judge Rambo) |
| **SCI FOREST,** *et al.*, : | |
| Respondents : | |

## ORDER

**AND NOW**, on this 27th day of March 2019, upon consideration of Petitioner Ryan Andrew Mehl's Motion (Doc. No. 26), which this Court construes as a motion for reconsideration of its August 20, 2018 Memorandum and Order (Doc. Nos. 24, 25), **IT IS ORDERED THAT** the motion (Doc. No. 26) is **DENIED**. This case shall remain closed.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge